| Fill in this information to identify the case: |
| --- |
| United States Bankruptcy Court for the: |
| __United States__   District of __Puerto Rico__ <br> (State) |
| Case number (*If known*): _____   Chapter __11__ |

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

---

**1. Debtor's name**

Sublink Solutions Inc.

---

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

Domino's

---

**3. Debtor's federal Employer Identification Number (EIN)**

6 6 _ 0 5 3 7 2 2 2

---

**4. Debtor's address**

**Principal place of business**

Carr. 30 Int. PR 198 Km. 20.01
Number        Street
Caribbean Plaza Shopping Center
Altos del Cine Suite #202

Las Piedras            PR        00771
City                        State      ZIP Code

_____
County

**Mailing address, if different from principal place of business**

_____
Number        Street

P.O. Box 1619
P.O. Box

Las Piedras            PR        00771-1619
City                        State      ZIP Code

**Location of principal assets, if different from principal place of business**

See attached list of store locations.
Number        Street

_____

_____
City                        State      ZIP Code

---

**5. Debtor's website (URL)**

N/A

---

**6. Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding  LLP)

☐ Other. Specify: _____

---

Debtor   Sublink Solutions, Inc.
Name

Case number (if known) _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

   7   2   2   5

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply*:

   ☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

   ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No

☐ Yes.   District _____   When _____   Case number _____
                                          MM / DD / YYYY

          District _____   When _____   Case number _____
                                          MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☒ Yes.   Debtor   See attached list of related cases.   Relationship _____

          District _____   When _____
                                                        MM / DD / YYYY

          Case number, if known _____

| Debtor | Sublink Solutions, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No

☒ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☒ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** See attached list of store locations.

| | |
|---|---|
| Number | Street |

_____

| City | State | ZIP Code |
|---|---|---|

**Is the property insured?**

☒ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☒ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| Debtor | Sublink Solutions, Inc. | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☒ $500,001-$1 million

- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million

- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- ■ I have been authorized to file this petition on behalf of the debtor.

- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   01 / 05 / 2017
              MM / DD / YYYY

✘ /s/ Jack Henry _____          Jack Henry _____
Signature of authorized representative of debtor          Printed name

Title  President _____

**18. Signature of attorney**

✘ /s/ Lucas A. Cordova _____          Date   01 / 05 / 2017
Signature of attorney for debtor                              MM / DD / YYYY

Lucas A. Cordova-Ayuso, Esq. _____
Printed name

CORDOVA-AYUSO LAW OFFICE LLC _____
Firm name

P.O. Box 194021 _____
Number        Street

San Juan _____        PR        00919-4021 _____
City                                    State       ZIP Code

787-230-0463 _____        lac@calawpr.com _____
Contact phone                           Email address

226805 _____        PR _____
Bar number                      State

# LIST AND LOCATION OF STORES
# OPERATED BY SUBLINK SOLUTIONS, INC.

1. **Store 1682**
   Punta del Este
   Intersection of Highway #3 and Highway #194
   Fajardo PR

2. **Store 1684**
   Plaza Noreste
   Highway #3
   Loiza PR

3. **Store 1685**
   #1 Urb. Buso
   Marginal #3
   Humacao PR

4. **Store 1696**
   Caribbean Plaza Shopping Center
   Carr. 30 Int. PR 198 Km. 20.01
   Altos del Cine Suite #202
   Las Piedras, PR  00771

5. **Store 1697**
   Commerce Plaza
   Urb. Costa Azul
   Highway #53 Esq. Carr #3
   Guayama PR

Debtor:  Sublink Solutions, Inc.

Addendum to Form B201, Item 10, Related Bankruptcy Cases

| Debtor name | Date of filing & District | Case Number | Relationship |
|---|---|---|---|
| 1667 Domino's Corp. | 12-22-2016 Puerto Rico | 16-09926-7 | Affiliate |
| 15173 Domino's Corp. | 12-30-2016 Puerto Rico | 16-10203-11 | Affiliate |
| 1651 Domino's Corp. | 01-05-2017 Puerto Rico | 17-00039-11 | Affiliate |
| 1652 Domino's Corp. | 01-05-2017 Puerto Rico | 17-00041-11 | Affiliate |
| 1668 Domino's Corp. | 01-05-2017 Puerto Rico | 17-00042-11 | Affiliate |

## CORPORATE RESOLUTION

I, Suzette Rivera, as the Secretary of the Board of Directors of SUBLINK SOLUTIONS, INC., a corporation duly organized and operated under the law of the Commonwealth of Puerto Rico (the "Corporation"), certify that according with the Corporation's regulations, at a duly called meeting held on Tuesday December 27th 2016, for with duly quorum existed on said meeting, it was unanimously agreed to approve the following Corporate Resolution:

**WHEREAS**, the Corporation is insolvent and unable to pay its debts when due.

**WHEREAS**, it would be in the best interests of the Corporation and the creditors for the Corporation, the reorganization of the Corporation pursuant to Chapter 11 of the Bankruptcy Code before the U.S. Bankruptcy Court for the District of Puerto Rico.

It is **RESOLVED** that:

1. The Corporation SUBLINK SOLUTIONS, INC., will file a petition of reorganization under the provision of Chapter 11 of the Bankruptcy Code.

2. The president of the Corporation, Jack Henry, is, fully authorized and directed, for and on behalf of the Corporation, to execute and verify a petition in the name of the Corporation under Chapter 11 of the Bankruptcy Code and is also fully authorized to sign any document related to the Chapter 11 petition for the relief to be filled before the Bankruptcy Court for the District of Puerto Rico.

3. The Corporation is authorized to retain the service of Lucas A. Cordova, Esq., to act as the counsel for the Corporation.

On my capacity as Secretary of the Corporation, I CERTIFY, FURTHER, that the said resolution is now without modification or rescission, that it remains in full force and effect, and that it was adopted in accordance with the Bylaws of the Corporation, the Certificate of Incorporation and the State Law.

In WITNESS HEREOF, I sign the present in Las Piedras , Puerto Rico, this 27th day of December, 2016.

Suzette Rivera
Secretary

Sublink Solutions, Inc.

BALANCE SHEET

December 31, 2015

ASSETS

| | | |
|---|---|---:|
| **CURRENT ASSETS** | | |
| Cash | $ | 10,965 |
| Inventories | | 27,908 |
| Prepaid expense | | 290 |
| Total current assets | | 39,163 |
| **PROPERTY AND EQUIPMENT** | | |
| Equipment | | 420,659 |
| Leasehold improvements | | 621,700 |
| Furniture and fixtures | | 1,200 |
| | | 1,043,559 |
| Less accumulated depreciation | | (495,426) |
| Net property and equipment | | 548,133 |
| **OTHER ASSET** | | |
| Goodwill | | 310,000 |
| Security deposits | | 19,000 |
| Total other assets | | 329,000 |
| Total assets | $ | 916,296 |

The accompanying notes are an integral part of these statements.

-5-

Sublink Solutions, Inc.

BALANCE SHEET (Continued)

December 31, 2015

LIABILITIES AND STOCKHOLDERS' EQUITY

| | | |
|---|---|---:|
| **CURRENT LIABILITIES** | | |
| Checks drawn in excess of bank cash balance | $ | 104,129 |
| Accounts payable trade | | 110,569 |
| Due to related party | | 17,181 |
| Current maturities on long term obligations | | 40,606 |
| Accrued expenses | | 433,130 |
| Total current liabilities | | 705,615 |
| **LONG TERM OBLIGATIONS,** | | |
| less current maturities | | 69,883 |
| Total liabilities | | 775,498 |
| **STOCKHOLDERS' EQUITY** | | |
| Paid in capital | | 40,000 |
| Retained earnings | | 100,798 |
| Total stockholders' equity | | 140,798 |
| Total liabilities and stockholders' equity | $ | 916,296 |

The accompanying notes are an integral part of these statements.

-6-

| Store: 682 | | | | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | |

| | 2016 | | | | | | | | | | | % Of |
| | Period 1 | Period 2 | Period 3 | Period 4 | Period 5 | Period 6 | Period 7 | Period 8 | Period 9 | Period 10 | Total 2016 | Sales |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Sales** | | | | | | | | | | | | |
| Total Net Sales | 97,532 | 105,736 | 110,911 | 103,973 | 101,024 | 105,013 | 114,556 | 101,866 | 85,110 | 87,637 | 1,013,358 | |
| Coupons | - | | | | | | | | | | - | |
| **Royalty Sales** | **97,532** | **105,736** | **110,911** | **103,973** | **101,024** | **105,013** | **114,556** | **101,866** | **85,110** | **87,637** | **1,013,358** | |
| | | | | | | | | | | | | |
| **Total Cost of Food Sales** | **33,542** | **34,918** | **36,591** | **34,916** | **32,068** | **33,671** | **36,225** | **32,749** | **28,190** | **29,439** | **332,309** | **32.8%** |
| *As % of Sales* | 34.4% | 33.0% | 33.0% | 33.6% | 31.7% | 32.1% | 31.6% | 32.1% | 33.1% | 33.6% | 32.8% | |
| **Gross Profit** | **63,990** | **70,818** | **74,321** | **69,056** | **68,956** | **71,341** | **78,331** | **69,117** | **56,920** | **58,198** | **681,049** | **67.2%** |
| | | | | | | | | | | | | |
| **Store Variable Costs** | | | | | | | | | | | | |
| Wages | 20,094 | 23,292 | 21,704 | 22,835 | 21,594 | 24,862 | 26,011 | 24,120 | 20,646 | 21,428 | 226,586 | 22.4% |
| Employee Benefits | - | | | | | | | | | | - | 0.0% |
| Payroll Taxes | 3,229 | 3,590 | 3,413 | 3,713 | 3,288 | 3,689 | 2,923 | 2,451 | 1,904 | 1,952 | 30,152 | 3.0% |
| *Variable Labor* | *23,323* | *26,882* | *25,117* | *26,548* | *24,881* | *28,551* | *28,934* | *26,571* | *22,549* | *23,381* | *256,737* | *25.3%* |
| Delivery Expense | 2,623 | 2,743 | 2,887 | 2,831 | 2,835 | 2,721 | 2,765 | 2,581 | 2,293 | 2,359 | 26,637 | 2.6% |
| Advertising Expense | 4,129 | 6,847 | 5,156 | 7,882 | 4,726 | 5,040 | 5,584 | 4,670 | 3,860 | 3,921 | 51,815 | 5.1% |
| Royalty Expense | 4,055 | 7,125 | 6,100 | 5,719 | 5,556 | 5,776 | 6,301 | 5,603 | 4,681 | 4,765 | 55,680 | 5.5% |
| Supplies Expense | 1,218 | 823 | 859 | 940 | 2,598 | 904 | 997 | 1,034 | 847 | 2,342 | 12,562 | 1.2% |
| Other Variable Costs | 327 | 954 | 969 | 1,135 | 895 | 986 | 1,058 | 957 | 680 | 705 | 8,665 | 0.9% |
| **Total Variable Costs** | **35,676** | **45,375** | **41,087** | **45,054** | **41,492** | **43,977** | **45,639** | **41,415** | **34,910** | **37,472** | **412,096** | **40.7%** |
| *Wages as % of Sales* | 20.6% | 22.0% | 19.6% | 22.0% | 21.4% | 23.7% | 22.7% | 23.7% | 24.3% | 24.5% | 22.4% | |
| **Variable Profit** | **28,314** | **25,444** | **33,234** | **24,003** | **27,465** | **27,365** | **32,693** | **27,701** | **22,010** | **20,725** | **268,953** | **26.5%** |
| | | | | | | | | | | | | |
| **Store Fixed Operating Costs** | | | | | | | | | | | | |
| Rent Expense | 611 | 6,629 | 5,429 | 6,246 | 6,246 | 6,246 | 6,246 | 6,246 | 6,246 | 6,229 | 56,378 | 5.6% |
| Utilities Expense | 4,001 | 4,832 | 4,015 | 4,123 | 2,954 | 3,390 | 3,947 | 3,632 | 4,015 | 1,164 | 36,073 | 3.6% |
| Professional Fees | 788 | 825 | 969 | 839 | 850 | 821 | 788 | 876 | 1,164 | 1,940 | 9,858 | 1.0% |
| Insurance Expense | 210 | - | - | 324 | 559 | 289 | 289 | 289 | 289 | 289 | 2,539 | 0.3% |
| Other Fixed Cost | 1,518 | 1,895 | 1,631 | 947 | 1,138 | 1,663 | 2,996 | 1,904 | 989 | 2,825 | 17,505 | 1.7% |
| **Total Fixed Operating Costs** | **7,129** | **14,180** | **12,044** | **12,479** | **11,746** | **12,410** | **14,267** | **12,947** | **12,704** | **12,448** | **122,353** | **12.1%** |
| | | | | | | | | | | | | |
| **Store EBITDA** | **21,185** | **11,263** | **21,189** | **11,524** | **15,718** | **14,955** | **18,426** | **14,754** | **9,306** | **8,278** | **146,599** | **14.5%** |
| | | | | | | | | | | | | 0.0% |
| Depreciation & Amortization Expense | 2,508 | 2,508 | 2,508 | 2,508 | 2,508 | 2,508 | 2,508 | 2,508 | 2,508 | 2,508 | 25,084 | 2.5% |
| Interest Expense | 44 | 29 | 14 | - | - | - | - | - | - | - | 87 | 0.0% |
| **EBT** | **18,633** | **8,725** | **18,667** | **9,016** | **13,210** | **12,447** | **15,917** | **12,246** | **6,797** | **5,769** | **121,428** | **12.0%** |
| | | | | | | | | | | | | |
| **Total Other Income** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **0.0%** |
| | | | | | | | | | | | | |
| **Total Office Expenses** | **2,768** | **2,433** | **2,458** | **2,649** | **2,671** | **2,237** | **2,705** | **2,853** | **2,570** | **2,680** | **26,025** | **2.6%** |
| | | | | | | | | | | | | |
| Income Tax Expense | - | | | | | | | | | | - | 0.0% |
| | | | | | | | | | | | | |
| **Net Profit / (Loss)** | **$ 15,865** | **$ 6,293** | **$ 16,209** | **$ 6,366** | **$ 10,539** | **$ 10,210** | **$ 13,213** | **$ 9,393** | **$ 4,227** | **$ 3,089** | **$ 95,402** | **9.4%** |
| | | | | | | | | | | | | |
| **Statistics:** | | | | | | | | | | | | |
| AWUS | $ 24,383 | $ 26,434 | $ 27,728 | $ 25,993 | $ 25,256 | $ 26,253 | $ 28,639 | $ 25,467 | $ 21,277 | $ 21,909 | $ 25,334 | |
| Food Cost % | 34.4% | 33.0% | 33.0% | 33.6% | 31.7% | 32.1% | 31.6% | 32.1% | 33.1% | 33.6% | 32.8% | |
| Labor Cost % | 20.6% | 22.0% | 19.6% | 22.0% | 21.4% | 23.7% | 22.7% | 23.7% | 24.3% | 24.5% | 22.4% | |
| FLC % | 55.0% | 55.1% | 52.6% | 55.5% | 53.1% | 55.7% | 54.3% | 55.8% | 57.4% | 58.0% | 55.2% | |
| Variable Profit % | 29.0% | 24.1% | 30.0% | 23.1% | 27.2% | 26.1% | 28.5% | 27.2% | 25.9% | 23.6% | 26.5% | |

| Store: | | | | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **684** | | | | | | | | | | | | | |

| | Period 1 | Period 2 | Period 3 | Period 4 | Period 5 | Period 6 | Period 7 | Period 8 | Period 9 | Period 10 | Total 2016 | % Of Sales |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Sales** | | | | | | | | | | | | |
| Total Net Sales | 88,845 | 88,208 | 87,845 | 84,742 | 83,385 | 80,564 | 80,991 | 80,521 | 69,879 | 78,018 | 822,998 | |
| Coupons | - | - | - | - | - | - | - | - | - | (2) | (2) | |
| **Royalty Sales** | 88,845 | 88,208 | 87,845 | 84,742 | 83,385 | 80,564 | 80,991 | 80,521 | 69,879 | 78,020 | 823,000 | |
| | | | | | | | | | | | | |
| **Total Cost of Food Sales** | **30,311** | **29,671** | **30,085** | **28,989** | **27,572** | **26,894** | **25,642** | **26,435** | **22,937** | **26,151** | **274,686** | **33.4%** |
| *As % of Sales* | 34.1% | 33.6% | 34.2% | 34.2% | 33.1% | 33.4% | 31.7% | 32.8% | 32.8% | 33.5% | 33.4% | |
| **Gross Profit** | **58,534** | **58,537** | **57,759** | **55,753** | **55,814** | **53,670** | **55,349** | **54,085** | **46,942** | **51,869** | **548,314** | **66.6%** |
| | | | | | | | | | | | | |
| **Store Variable Costs** | | | | | | | | | | | | |
| Wages | 19,336 | 20,707 | 20,738 | 19,648 | 19,227 | 20,050 | 19,832 | 18,011 | 17,740 | 18,988 | 194,275 | 23.6% |
| Employee Benefits | - | - | - | - | - | - | - | - | - | - | - | 0.0% |
| Payroll Taxes | 2,920 | 3,057 | 2,896 | 2,780 | 2,673 | 2,745 | 2,320 | 1,996 | 1,706 | 1,709 | 24,801 | 3.0% |
| *Variable Labor* | *22,256* | *23,764* | *23,633* | *22,428* | *21,900* | *22,795* | *22,151* | *20,007* | *19,446* | *20,697* | *219,076* | *26.6%* |
| Delivery Expense | 1,548 | 1,537 | 1,674 | 1,640 | 1,655 | 1,555 | 1,615 | 1,535 | 1,447 | 1,522 | 15,727 | 1.9% |
| Advertising Expense | 4,166 | 6,158 | 4,110 | 4,016 | 3,951 | 3,655 | 4,074 | 3,732 | 3,550 | 3,533 | 40,946 | 5.0% |
| Royalty Expense | 4,409 | 7,099 | 5,710 | 5,508 | 5,420 | 5,237 | 5,264 | 5,239 | 4,543 | 5,071 | 53,501 | 6.5% |
| Supplies Expense | 1,081 | 690 | 1,196 | 1,039 | 1,952 | 576 | 1,127 | 1,562 | 805 | 697 | 10,726 | 1.3% |
| Other Variable Costs | 44 | 674 | 665 | 908 | 731 | 696 | 741 | 668 | 1,091 | 585 | 6,803 | 0.8% |
| **Total Variable Costs** | **33,505** | **39,922** | **36,989** | **35,538** | **35,609** | **34,514** | **34,973** | **32,743** | **30,882** | **32,105** | **346,779** | **42.1%** |
| *Wages as % of Sales* | 21.8% | 23.5% | 23.6% | 23.2% | 23.1% | 24.9% | 24.5% | 22.4% | 25.4% | 24.3% | 23.6% | |
| **Variable Profit** | **25,030** | **18,615** | **20,771** | **20,215** | **20,205** | **19,157** | **20,377** | **21,342** | **16,060** | **19,763** | **201,535** | **24.5%** |
| | | | | | | | | | | | | |
| **Store Fixed Operating Costs** | | | | | | | | | | | | |
| Rent Expense | 611 | 5,600 | 5,600 | 5,617 | 5,617 | 5,617 | 5,617 | 5,617 | 5,617 | 5,600 | 51,117 | 6.2% |
| Utilities Expense | 3,565 | 4,866 | 3,647 | 3,915 | 3,962 | 3,928 | 3,703 | 3,675 | 3,238 | 814 | 35,313 | 4.3% |
| Professional Fees | 835 | 871 | 1,015 | 885 | 896 | 868 | 835 | 923 | 1,210 | 1,987 | 10,326 | 1.3% |
| Insurance Expense | 210 | - | - | 318 | 714 | 284 | 284 | 614 | 284 | 284 | 2,994 | 0.4% |
| Other Fixed Cost | 1,509 | 1,567 | 1,263 | 3,988 | 4,269 | 1,741 | 2,144 | 3,111 | 1,791 | 2,560 | 23,944 | 2.9% |
| **Total Fixed Operating Costs** | **6,730** | **12,905** | **11,526** | **14,724** | **15,459** | **12,439** | **12,583** | **13,941** | **12,142** | **11,246** | **123,695** | **15.0%** |
| | | | | | | | | | | | | |
| **Store EBITDA** | **18,300** | **5,710** | **9,245** | **5,490** | **4,746** | **6,717** | **7,793** | **7,402** | **3,918** | **8,517** | **77,839** | **9.5%** |
| | | | | | | | | | | | | 0.0% |
| Depreciation & Amortization Expense | 4,141 | 4,141 | 4,141 | 4,141 | 4,141 | 4,141 | 4,141 | 4,141 | 4,141 | 4,141 | 41,414 | 5.0% |
| Interest Expense | 700 | 700 | 700 | 700 | 700 | 700 | 700 | 700 | | | 5,600 | 0.7% |
| **EBT** | **13,458** | **869** | **4,404** | **649** | **(95)** | **1,876** | **2,952** | **2,560** | **(223)** | **4,376** | **30,826** | **3.7%** |
| | | | | | | | | | | | | |
| **Total Other Income** | - | - | - | $ - | - | - | - | - | - | - | - | 0.0% |
| | | | | | | | | | | | | |
| **Total Office Expenses** | **2,768** | **2,433** | **2,458** | **2,649** | **2,671** | **2,237** | **2,705** | **2,853** | **2,491** | **2,599** | **25,865** | **3.1%** |
| | | | | | | | | | | | | |
| Income Tax Expense | - | - | - | - | - | - | - | - | - | - | - | 0.0% |
| | | | | | | | | | | | | |
| **Net Profit / (Loss)** | **$ 10,690** | **$ (1,564)** | **$ 1,945** | **$ (2,000)** | **$ (2,766)** | **$ (361)** | **$ 247** | **$ (293)** | **$ (2,714)** | **$ 1,777** | **$ 4,961** | **0.6%** |
| | | | | | | | | | | | | |
| **Statistics:** | | | | | | | | | | | | |
| AWUS | $ 22,211 | $ 22,052 | $ 21,961 | $ 21,186 | $ 20,846 | $ 20,141 | $ 20,248 | $ 20,130 | $ 17,470 | $ 19,505 | $ 20,575 | |
| Food Cost % | 34.1% | 33.6% | 34.2% | 34.2% | 33.1% | 33.4% | 31.7% | 32.8% | 32.8% | 33.5% | 33.4% | |
| Labor Cost % | 21.8% | 23.5% | 23.6% | 23.2% | 23.1% | 24.9% | 24.5% | 22.4% | 25.4% | 24.3% | 23.6% | |
| FLC % | 55.9% | 57.1% | 57.9% | 57.4% | 56.1% | 58.3% | 56.1% | 55.2% | 58.2% | 57.9% | 57.0% | |
| Variable Profit % | 28.2% | 21.1% | 23.6% | 23.9% | 24.2% | 23.8% | 25.2% | 26.5% | 23.0% | 25.3% | 24.5% | |

**2016**

**Store:**
**685**

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|

| | | | | | 2016 | | | | | | | % Of |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Period 1 | Period 2 | Period 3 | Period 4 | Period 5 | Period 6 | Period 7 | Period 8 | Period 9 | Period 10 | Total 2016 | Sales |
| **Sales** | | | | | | | | | | | | |
| Total Net Sales | 65,684 | 72,447 | 81,221 | 79,119 | 78,844 | 81,077 | 78,377 | 73,001 | 65,026 | 65,330 | 740,126 | |
| Coupons | - | - | - | - | - | - | - | - | - | - | - | |
| **Royalty Sales** | **65,684** | **72,447** | **81,221** | **79,119** | **78,844** | **81,077** | **78,377** | **73,001** | **65,026** | **65,330** | **740,126** | |
| **Total Cost of Food Sales** | **22,519** | **24,557** | **28,626** | **29,582** | **29,446** | **29,227** | **27,042** | **24,969** | **21,595** | **21,407** | **258,970** | **35.0%** |
| *As % of Sales* | 34.3% | 33.9% | 35.2% | 37.4% | 37.3% | 36.0% | 34.5% | 34.2% | 33.2% | 32.8% | 35.0% | |
| **Gross Profit** | **43,165** | **47,889** | **52,595** | **49,537** | **49,398** | **51,851** | **51,335** | **48,032** | **43,431** | **43,923** | **481,156** | **65.0%** |
| **Store Variable Costs** | | | | | | | | | | | | |
| Wages | 24,263 | 19,924 | 21,554 | 18,597 | 18,150 | 22,016 | 17,643 | 18,142 | 15,749 | 15,558 | 191,597 | 25.9% |
| Employee Benefits | - | - | - | - | - | - | - | - | - | - | - | 0.0% |
| Payroll Taxes | 3,192 | 2,860 | 3,074 | 2,874 | 2,736 | 2,951 | 2,081 | 1,908 | 1,550 | 1,405 | 24,630 | 3.3% |
| *Variable Labor* | *27,455* | *22,784* | *24,628* | *21,471* | *20,886* | *24,967* | *19,725* | *20,050* | *17,298* | *16,963* | *216,227* | *29.2%* |
| Delivery Expense | 1,434 | 1,510 | 1,706 | 1,711 | 1,673 | 1,804 | 1,761 | 1,573 | 1,446 | 1,416 | 16,036 | 2.2% |
| Advertising Expense | 3,260 | 4,850 | 5,194 | 4,409 | 4,212 | 3,863 | 3,956 | 3,488 | 3,456 | 3,720 | 40,408 | 5.5% |
| Royalty Expense | 3,215 | 5,763 | 5,280 | 5,143 | 5,125 | 5,270 | 5,095 | 4,745 | 4,227 | 4,246 | 48,109 | 6.5% |
| Supplies Expense | 1,071 | 775 | 832 | 923 | 1,798 | 815 | 834 | 765 | 764 | 881 | 9,458 | 1.3% |
| Other Variable Costs | 132 | 598 | 604 | 800 | 647 | 689 | 697 | 647 | 623 | 597 | 6,033 | 0.8% |
| **Total Variable Costs** | **36,567** | **36,282** | **38,243** | **34,458** | **34,340** | **37,408** | **32,068** | **31,268** | **27,814** | **27,823** | **336,271** | **45.4%** |
| *Wages as % of Sales* | 36.9% | 27.5% | 26.5% | 23.5% | 23.0% | 27.2% | 22.5% | 24.9% | 24.2% | 23.8% | 25.9% | |
| **Variable Profit** | **6,598** | **11,607** | **14,352** | **15,079** | **15,058** | **14,443** | **19,267** | **16,764** | **15,617** | **16,100** | **144,886** | **19.6%** |
| **Store Fixed Operating Costs** | | | | | | | | | | | | |
| Rent Expense | 578 | 6,567 | 6,567 | 6,584 | 6,584 | 6,584 | 6,584 | 6,584 | 6,584 | 6,567 | 59,783 | 8.1% |
| Utilities Expense | 3,450 | 6,749 | 5,101 | 3,626 | 4,002 | 2,988 | 3,766 | 3,645 | 4,577 | 639 | 38,542 | 5.2% |
| Professional Fees | 577 | 1,079 | 1,223 | 1,093 | 1,104 | 1,075 | 1,042 | 1,149 | 1,436 | 1,729 | 11,507 | 1.6% |
| Insurance Expense | 210 | - | - | 256 | 327 | 227 | 227 | 227 | 227 | - | 1,929 | 0.3% |
| Other Fixed Cost | 1,381 | 660 | 1,532 | 752 | 1,203 | 865 | 2,157 | 1,659 | 769 | 1,900 | 12,878 | 1.7% |
| **Total Fixed Operating Costs** | **6,196** | **15,054** | **14,423** | **12,311** | **13,220** | **11,740** | **13,776** | **13,264** | **13,593** | **11,062** | **124,639** | **16.8%** |
| **Store EBITDA** | **402** | **(3,447)** | **(71)** | **2,768** | **1,838** | **2,703** | **5,492** | **3,500** | **2,024** | **5,038** | **20,247** | **2.7%** |
| | | | | | | | | | | | | 0.0% |
| Depreciation & Amortization Expense | 2,054 | 2,054 | 2,054 | 2,054 | 2,054 | 2,054 | 2,054 | 2,054 | 2,054 | 2,054 | 20,540 | 2.8% |
| Interest Expense | - | - | - | - | - | - | - | - | - | - | - | 0.0% |
| **EBT** | **(1,652)** | **(5,501)** | **(2,125)** | **714** | **(216)** | **649** | **3,438** | **1,446** | **(30)** | **2,984** | **(293)** | **0.0%** |
| **Total Other Income** | **-** | **-** | **-** | **$** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **0.0%** |
| **Total Office Expenses** | **2,768** | **2,733** | **2,458** | **2,649** | **2,671** | **2,237** | **2,705** | **2,853** | **2,491** | **2,586** | **26,152** | **3.5%** |
| Income Tax Expense | - | - | - | - | - | - | - | - | - | - | - | 0.0% |
| **Net Profit / (Loss)** | **$ (4,421)** | **$ (8,234)** | **$ (4,583)** | **$ (1,935)** | **$ (2,887)** | **$ (1,588)** | **$ 733** | **$ (1,407)** | **$ (2,521)** | **$ 397** | **$ (26,445)** | **-3.6%** |
| **Statistics:** | | | | | | | | | | | | |
| AWUS | $ 16,421 | $ 18,112 | $ 20,305 | $ 19,780 | $ 19,711 | $ 20,269 | $ 19,594 | $ 18,250 | $ 16,257 | $ 16,332 | $ 18,503 | |
| Food Cost % | 34.3% | 33.9% | 35.2% | 37.4% | 37.3% | 36.0% | 34.5% | 34.2% | 33.2% | 32.8% | 35.0% | |
| Labor Cost % | 36.9% | 27.5% | 26.5% | 23.5% | 23.0% | 27.2% | 22.5% | 24.9% | 24.2% | 23.8% | 25.9% | |
| FLC % | 71.2% | 61.4% | 61.8% | 60.9% | 60.4% | 63.2% | 57.0% | 59.1% | 57.4% | 56.6% | 60.9% | |
| Variable Profit % | 10.0% | 16.0% | 17.7% | 19.1% | 19.1% | 17.8% | 24.6% | 23.0% | 24.0% | 24.6% | 19.6% | |

| Store | | | | | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **696** | | | | | | | | | | | | | |

| | Period 1 | Period 2 | Period 3 | Period 4 | Period 5 | Period 6 | Period 7 | Period 8 | Period 9 | Period 10 | Total 2016 | % Of Sales |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Sales** | | | | | | 2016 | | | | | | |
| Total Net Sales | 53,720 | 57,828 | 58,727 | 56,553 | 55,895 | 54,048 | 59,112 | 53,832 | 46,483 | 49,286 | 545,483 | |
| Coupons | - | - | - | - | - | - | - | - | - | - | - | |
| **Royalty Sales** | **53,720** | **57,828** | **58,727** | **56,553** | **55,895** | **54,048** | **59,112** | **53,832** | **46,483** | **49,286** | **545,483** | |
| **Total Cost of Food Sales** | **18,208** | **19,136** | **19,104** | **18,134** | **17,542** | **18,277** | **18,585** | **17,523** | **15,089** | **16,164** | **177,761** | **32.6%** |
| *As % of Sales* | 33.9% | 33.1% | 32.5% | 32.1% | 31.4% | 33.8% | 31.4% | 32.6% | 32.5% | 32.8% | 32.6% | |
| **Gross Profit** | **35,513** | **38,692** | **39,623** | **38,419** | **38,353** | **35,771** | **40,526** | **36,309** | **31,395** | **33,121** | **367,722** | **67.4%** |
| **Store Variable Costs** | | | | | | | | | | | | |
| Wages | 12,301 | 11,889 | 13,826 | 12,121 | 11,616 | 17,011 | 13,662 | 12,051 | 11,630 | 10,872 | 126,978 | 23.3% |
| Employee Benefits | 60 | 60 | 20 | - | 60 | 20 | 40 | - | - | - | 260 | 0.0% |
| Payroll Taxes | 1,910 | 1,878 | 2,081 | 1,718 | 1,650 | 2,079 | 1,719 | 1,370 | 1,253 | 1,080 | 16,737 | 3.1% |
| *Variable Labor* | *14,270* | *13,827* | *15,927* | *13,839* | *13,326* | *19,110* | *15,421* | *13,420* | *12,882* | *11,952* | *143,976* | *26.4%* |
| Delivery Expense | 783 | 824 | 812 | 844 | 810 | 837 | 856 | 805 | 779 | 770 | 8,120 | 1.5% |
| Advertising Expense | 1,921 | 3,477 | 3,073 | 2,739 | 2,960 | 2,457 | 3,085 | 2,517 | 2,122 | 2,240 | 26,592 | 4.9% |
| Royalty Expense | 2,723 | 4,527 | 3,817 | 3,676 | 3,633 | 3,506 | 3,836 | 3,512 | 3,021 | 3,204 | 35,455 | 6.5% |
| Supplies Expense | 811 | 846 | 770 | 2,277 | 781 | 1,016 | 853 | 743 | 1,868 | 726 | 10,692 | 2.0% |
| Other Variable Costs | 76 | 593 | 567 | 729 | 617 | 581 | 585 | 515 | 381 | 426 | 5,071 | 0.9% |
| **Total Variable Costs** | **20,586** | **24,095** | **24,967** | **24,105** | **22,127** | **27,506** | **24,635** | **21,513** | **21,053** | **19,318** | **229,905** | **42.1%** |
| *Wages as % of Sales* | *22.9%* | *20.6%* | *23.5%* | *21.4%* | *20.8%* | *31.5%* | *23.1%* | *22.4%* | *25.0%* | *22.1%* | *23.3%* | |
| **Variable Profit** | **14,927** | **14,597** | **14,656** | **14,314** | **16,226** | **8,265** | **15,891** | **14,797** | **10,341** | **13,803** | **137,817** | **25.3%** |
| **Store Fixed Operating Costs** | | | | | | | | | | | | |
| Rent Expense | 578 | 5,586 | 5,586 | 5,603 | 5,603 | 5,603 | 5,603 | 5,603 | 5,603 | 5,586 | 50,954 | 9.3% |
| Utilities Expense | 3,352 | 3,594 | 3,094 | 3,283 | 3,119 | 3,219 | 3,237 | 3,228 | 1,350 | 755 | 28,231 | 5.2% |
| Professional Fees | 4,127 | 614 | 758 | 628 | 639 | 610 | 577 | 665 | 953 | 1,729 | 11,301 | 2.1% |
| Insurance Expense | 210 | - | - | 216 | 290 | 190 | 190 | 190 | 190 | 190 | 1,664 | 0.3% |
| Other Fixed Cost | 860 | 1,948 | 1,353 | 1,874 | 1,133 | 2,296 | 1,269 | 1,232 | 955 | 2,563 | 15,482 | 2.8% |
| **Total Fixed Operating Costs** | **9,127** | **11,741** | **10,791** | **11,604** | **10,784** | **11,918** | **10,876** | **10,919** | **9,050** | **10,822** | **107,632** | **19.7%** |
| **Store EBITDA** | **5,800** | **2,856** | **3,865** | **2,710** | **5,443** | **(3,653)** | **5,015** | **3,878** | **1,291** | **2,981** | **30,185** | **5.5%** |
| | | | | | | | | | | | | 0.0% |
| Depreciation & Amortization Expense | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 269 | 0.0% |
| Interest Expense | - | - | - | - | - | - | - | - | - | - | - | 0.0% |
| **EBT** | **5,773** | **2,829** | **3,838** | **2,684** | **5,416** | **(3,680)** | **4,988** | **3,851** | **1,264** | **2,954** | **29,916** | **5.5%** |
| **Total Other Income** | **-** | **-** | **- $** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **0.0%** |
| **Total Office Expenses** | **2,768** | **2,433** | **2,458** | **2,649** | **2,671** | **2,237** | **2,705** | **2,853** | **2,491** | **2,584** | **25,850** | **4.7%** |
| Income Tax Expense | - | - | - | - | - | - | - | - | - | - | - | 0.0% |
| **Net Profit / (Loss)** | **$ 3,005** | **$ 396** | **$ 1,379** | **$ 34** | **$ 2,745** | **$ (5,917)** | **$ 2,283** | **$ 998** | **$ (1,227)** | **$ 370** | **$ 4,067** | **0.7%** |
| Statistics: | | | | | | | | | | | | |
| AWUS | $ 13,430 | $ 14,457 | $ 14,682 | $ 14,138 | $ 13,974 | $ 13,512 | $ 14,778 | $ 13,458 | $ 11,621 | $ 12,321 | $ 13,637 | |
| Food Cost % | 33.9% | 33.1% | 32.5% | 32.1% | 31.4% | 33.8% | 31.4% | 32.6% | 32.5% | 32.8% | 32.6% | |
| Labor Cost % | 22.9% | 20.6% | 23.5% | 21.4% | 20.8% | 31.5% | 23.1% | 22.4% | 25.0% | 22.1% | 23.3% | |
| FLC % | 56.8% | 53.6% | 56.1% | 53.5% | 52.2% | 65.3% | 54.6% | 54.9% | 57.5% | 54.9% | 55.9% | |
| Variable Profit % | 27.8% | 25.2% | 25.0% | 25.3% | 29.0% | 15.3% | 26.9% | 27.5% | 22.2% | 28.0% | 25.3% | |

Store:
**697**

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|

| | | | | | | 2016 | | | | | | % Of |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Period 1 | Period 2 | Period 3 | Period 4 | Period 5 | Period 6 | Period 7 | Period 8 | Period 9 | Period 10 | Total 2016 | Sales |
| **Sales** | | | | | | | | | | | | |
| Total Net Sales | 46,441 | 48,349 | 47,011 | 43,997 | 46,075 | 42,129 | 41,969 | 39,972 | 37,691 | 39,336 | 432,969 | |
| Coupons | - | - | - | - | - | - | - | - | - | - | - | |
| **Royalty Sales** | **46,441** | **48,349** | **47,011** | **43,997** | **46,075** | **42,129** | **41,969** | **39,972** | **37,691** | **39,336** | **432,969** | |
| | | | | | | | | | | | | |
| **Total Cost of Food Sales** | **15,990** | **16,123** | **15,787** | **15,120** | **15,590** | **14,091** | **13,688** | **13,334** | **12,929** | **13,372** | **146,022** | **33.7%** |
| *As % of Sales* | 34.4% | 33.3% | 33.6% | 34.4% | 33.8% | 33.4% | 32.6% | 33.4% | 34.3% | 34.0% | 33.7% | |
| **Gross Profit** | **30,452** | **32,226** | **31,224** | **28,877** | **30,485** | **28,038** | **28,282** | **26,638** | **24,762** | **25,964** | **286,947** | **66.3%** |
| | | | | | | | | | | | | |
| **Store Variable Costs** | | | | | | | | | | | | |
| Wages | 13,540 | 11,305 | 11,082 | 10,880 | 11,427 | 11,057 | 10,721 | 10,450 | 9,237 | 10,123 | 109,821 | 25.4% |
| Employee Benefits | - | 15 | - | - | - | - | - | - | - | - | 15 | 0.0% |
| Payroll Taxes | 1,954 | 1,770 | 1,736 | 1,578 | 1,580 | 1,370 | 1,148 | 1,122 | 921 | 966 | 14,144 | 3.3% |
| *Variable Labor* | *15,493* | *13,090* | *12,818* | *12,457* | *13,007* | *12,427* | *11,869* | *11,571* | *10,159* | *11,090* | *123,980* | *28.6%* |
| Delivery Expense | 684 | 668 | 667 | 643 | 687 | 583 | 606 | 607 | 607 | 543 | 6,295 | 1.5% |
| Advertising Expense | 1,593 | 2,951 | 2,317 | 2,174 | 2,253 | 1,926 | 2,318 | 1,879 | 1,726 | 1,826 | 20,963 | 4.8% |
| Royalty Expense | 2,249 | 3,912 | 3,056 | 2,860 | 2,995 | 2,738 | 2,728 | 2,590 | 2,450 | 2,557 | 28,135 | 6.5% |
| Supplies Expense | 692 | 521 | 603 | 639 | 412 | 1,000 | 690 | 535 | 391 | 483 | 5,966 | 1.4% |
| Other Variable Costs | 61 | 459 | 467 | 616 | 518 | 471 | 571 | 451 | 380 | 448 | 4,442 | 1.0% |
| **Total Variable Costs** | **20,773** | **21,601** | **19,928** | **19,389** | **19,872** | **19,145** | **18,782** | **17,632** | **15,712** | **16,946** | **189,780** | **43.8%** |
| *Wages as % of Sales* | 29.2% | 23.4% | 23.6% | 24.7% | 24.8% | 26.2% | 25.5% | 26.1% | 24.5% | 25.7% | 25.4% | |
| **Variable Profit** | **9,678** | **10,625** | **11,297** | **9,487** | **10,613** | **8,893** | **9,499** | **9,006** | **9,050** | **9,018** | **97,167** | **22.4%** |
| | | | | | | | | | | | | |
| **Store Fixed Operating Costs** | | | | | | | | | | | | |
| Rent Expense | 578 | 3,200 | 3,200 | 3,217 | 3,217 | 3,217 | 3,217 | 3,217 | 3,217 | 3,200 | 29,477 | 6.8% |
| Utilities Expense | 1,331 | 2,832 | 3,166 | 2,756 | 3,066 | 3,401 | 3,325 | 3,055 | 3,298 | 753 | 26,982 | 6.2% |
| Professional Fees | 577 | 614 | 721 | 628 | 639 | 610 | 577 | 665 | 953 | 1,729 | 7,714 | 1.8% |
| Insurance Expense | 210 | - | - | 207 | 282 | 322 | 182 | 182 | 182 | 182 | 1,746 | 0.4% |
| Other Fixed Cost | 812 | 1,104 | 1,220 | 617 | 761 | 609 | 1,370 | 1,674 | 623 | 1,382 | 10,173 | 2.3% |
| **Total Fixed Operating Costs** | **3,508** | **7,749** | **8,308** | **7,424** | **7,964** | **8,158** | **8,671** | **8,792** | **8,272** | **7,245** | **76,093** | **17.6%** |
| | | | | | | | | | | | | |
| **Store EBITDA** | **6,170** | **2,876** | **2,989** | **2,063** | **2,649** | **735** | **828** | **214** | **778** | **1,773** | **21,074** | **4.9%** |
| | | | | | | | | | | | | 0.0% |
| Depreciation & Amortization Expense | 180 | 180 | 180 | 180 | 180 | 180 | 180 | 180 | 180 | 180 | 1,797 | 0.4% |
| Interest Expense | - | - | - | - | - | - | - | - | - | - | - | 0.0% |
| **EBT** | **5,990** | **2,696** | **2,809** | **1,884** | **2,470** | **555** | **649** | **34** | **598** | **1,593** | **19,277** | **4.5%** |
| | | | | | | | | | | | | |
| **Total Other Income** | **-** | **-** | **-** | **$ -** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **0.0%** |
| | | | | | | | | | | | | |
| **Total Office Expenses** | **2,768** | **2,433** | **2,458** | **2,649** | **2,671** | **2,237** | **2,705** | **2,853** | **2,491** | **2,584** | **25,850** | **6.0%** |
| | | | | | | | | | | | | |
| Income Tax Expense | - | - | - | - | - | - | - | - | - | - | - | 0.0% |
| | | | | | | | | | | | | |
| **Net Profit / (Loss)** | **$ 3,222** | **$ 263** | **$ 351** | **$ (766)** | **$ (202)** | **$ (1,682)** | **$ (2,056)** | **$ (2,819)** | **$ (1,893)** | **$ (991)** | **$ (6,573)** | **-1.5%** |
| | | | | | | | | | | | | |
| **Statistics:** | | | | | | | | | | | | |
| AWUS | $ 11,610 | $ 12,087 | $ 11,753 | $ 10,999 | $ 11,519 | $ 10,532 | $ 10,492 | $ 9,993 | $ 9,423 | $ 9,834 | $ 10,824 | |
| Food Cost % | 34.4% | 33.3% | 33.6% | 34.4% | 33.8% | 33.4% | 32.6% | 33.4% | 34.3% | 34.0% | 33.7% | |
| Labor Cost % | 29.2% | 23.4% | 23.6% | 24.7% | 24.8% | 26.2% | 25.5% | 26.1% | 24.5% | 25.7% | 25.4% | |
| FLC % | 63.6% | 56.7% | 57.2% | 59.1% | 58.6% | 59.7% | 58.2% | 59.5% | 58.8% | 59.7% | 59.1% | |
| Variable Profit % | 20.8% | 22.0% | 24.0% | 21.6% | 23.0% | 21.1% | 22.6% | 22.5% | 24.0% | 22.9% | 22.4% | |

# United States Bankruptcy Court
## District of Puerto Rico

In re  Sublink Solutions, Inc.                                                    ,

Debtor

Case No. _____

Chapter__11_____

## LIST OF EQUITY SECURITY HOLDERS

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Dan Grossman<br>9116 Griffin Road<br>Cooper City, FL 33328 | Common stock | 51% | Common stockholder |
| Jack Henry<br>P.O. Box 1619<br>Las Piedras, PR 00771 | Common stock | 49% | Common stockholder |

01/05/2017

Signature__/s/ Jack Henry_____

Jack Henry
President

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

---

**Fill in this information to identify the case:**

Debtor name    Sublink Solutions, Inc.

United States Bankruptcy Court for the: _____ District of   Puerto Rico
                                                (State)

Case number (If known):   _____

☐ Check if this is an amended filing

---

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
                                12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Enigma Investment Inc.<br>655 Marginal del Parque<br>Area Los Colobos<br>Carolina, PR 00987 | Alberto Navaez<br>Executive VP of Operations<br>(787) 253-0200 | Loan for new store construction - store 1684 | | N/A | N/A | $300,000.00 |
| 2 | Enigma Investment Inc. or Eddy Lieberman<br>655 Marginal del Parque<br>Area Los Colobos<br>Carolina, PR 00987 | Alberto Navaez<br>Executive VP of Operations<br>(787) 253-0200 | Loan for new store construction - store 1685 | | N/A | N/A | $81,087.04 |
| 3 | ELM, Inc.<br>655 Marginal del Parque<br>Area Los Colobos<br>Carolina, PR 00987 | Alberto Navaez<br>Executive VP of Operations<br>(787) 253-0200 | Loan for new store construction - store 1685 | | N/A | N/A | $25,000.00 |
| 4 | Coca Cola Puerto Rico<br>P.O. Box 51985<br>Toa Baja, PR 00950-1985 | | Trade debt/ soda supply | | N/A | N/A | |
| 5 | Light Gas Corporation<br>P.O. Box 1155<br>Salinas, PR 00751 | Jose Candelario<br>(787) 824-4838<br>david@lightgas.com | Trade debt/ gas supply | | N/A | N/A | $9,561.80 |
| 6 | Suarez Gas, Inc.<br>P.O. Box 1227<br>Fajardo, PR 00738 | Maribel Escobar<br>(787) 863-1414 ext. 236<br>mescobar@suarezgas.net | Trade debt/ gas supply | | N/A | N/A | $332.22 |
| 7 | | | | | | | |
| 8 | | | | | | | |

Debtor    Sublink Solutions, Inc.
                  Name

Case number (if known)_____

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

## United States Bankruptcy Court
## District of Puerto Rico

In Re: Sublink Solutions, Inc.                    Case Number:

             Debtor(s)                    Chapter: 11

## VERIFICATION OF CREDITOR MATRIX

I, the President of the Corporation named as the Debtor in this case hereby verify that the
attached list of creditors is true and correct to the best of my knowledge.

Date: 01/05/2017                    Signature of Debtor(s): /s/ Jack Henry

## CREDITOR MATRIX – SUBLINK SOLUTIONS, INC.

AUTORIDAD DE ENERGIA ELECTRICA
1250 AVENIDA JUAN PONCE DE LEÓN
SAN JUAN, PR 00907


AUTORIDAD DE ACUEDUCTOS Y ALCANTARILLADOS
P.O. BOX 7066
SAN JUAN, PR 00916-706


COCA COLA PUERTO RICO
P.O. BOX 51985
TOA BAJA, PR 00950-1985


CONSOLIDATED WASTE SERVICES CORP.
P.O. BOX 1322
GURABO, PR 00778


CRIM
P.O. BOX 195387
SAN JUAN, PR 00919-5387


DEPARTAMENTO DE HACIENDA
P.O. BOX 9024140
SAN JUAN, PR 00902-4140


DEPARTAMENTO DE HACIENDA
DIVISION DE QUIEBRAS
P.O. BOX 9022501
SAN JUAN, PR 00901-2501

1651 DOMINO'S CORP.
P.O. BOX 1619
LAS PIEDRAS, PR 00771


1652 DOMINO'S CORP.
P.O. BOX 1619
LAS PIEDRAS, PR 00771


EASY WASTE LLC
P.O. BOX 918
PUNTA SANTIAGO
HUMACAO, PR 00741


ELM, INC.
C/O ALBERTO NAVAEZ-EXECUTIVE VP OF OPERATIONS
655 MARGINAL DEL PARQUE, AREA LOS COLOBOS
CAROLINA, PR 00987


ENIGMA INVESTMENT, INC.
C/O ALBERTO NAVAEZ-EXECUTIVE VP OF OPERATIONS
655 MARGINAL DEL PARQUE, AREA LOS COLOBOS
CAROLINA, PR 00987


EMPRESAS DE GAS CO. INC.
P.O. BOX 1025
SABANA SECA STATION
SABANA SECA, PR 00952


FAJARDO CINEMA CORP.
P.O. BOX 19116
SAN JUAN PR 00910-9116

INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346


JACK HENRY
P.O. BOX 1619
LAS PIEDRAS, PR 00771


LAS PIEDRAS REALTY CORP.
PO BOX 19116
SAN JUAN PR 00910-9116


LIGHT GAS CORPORATION
PO BOX 1155
SALINAS, PR 00751


MUNICIPIO DE CANOVANAS
P.O. BOX 1612
CANOVANAS, PR 00729-1612


MUNICIPIO DE FAJARDO
APARTADO 865
FAJARDO, PR 00738


MUNICIPIO DE GUAYAMA
APARTADO 360
GUAYAMA, PUERTO RICO 00785-0360


MUNICIPIO DE HUMACAO
APARTADO 178
HUMACAO, PR 00792

MUNICIPIO DE LAS PIEDRAS
P.O. BOX 00068
LAS PIEDRAS, PR 00771


ORIENTAL BANK
P.O. BOX195115
SAN JUAN, PR 00919


PLAZA NORESTE INC.
P.O. BOX 9020485
SAN JUAN PR 00902-0485


SUAREZ GAS, INC.
P.O. BOX 1227
FAJARDO, PR 00738


TJ PROPERTIES
P.O. BOX 1210
JUNCOS PR 00777

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

 United States      District Of  Puerto Rico

**In re**  Sublink Solutions, Inc.

Case No. _____

**Debtor**

Chapter _____ 11

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $  Hourly

Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . $  5,000.00

Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $  0

2.  The source of the compensation paid to me was:

☒ Debtor          ☐ Other (specify)

3.  The source of compensation to be paid to me is:

☒ Debtor          ☐ Other (specify)

4.  ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

    d.   Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

    e.   [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

<table>
<tr><td align="center">CERTIFICATION</td></tr>
<tr><td>

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

01/05/2017        /s/ Lucas A. Cordova

*Date*             *Signature of Attorney*

CORDOVA-AYUSO LAW OFFICE LLC

*Name of law firm*
</td></tr>
</table>